DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 APRIL 2013

| 181P10-2 | Brian Z. France v. Megan P. France | 1. Plt's Motion for Temporary Stay (COA12-284) | 1. Allowed **01/14/13**; Dissolved the Stay **04/11/13** |
|---|---|---|---|
| | | 2. Plt's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Plt's NOA Based Upon a Constitutional Issue | 3. - - - |
| | | 4. Plt's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. Def's Motion to Dismiss Appeal | 5. Allowed |
| | | 6. Charlotte Observer and WCNC-TV's Motion to Dismiss Appeal | 6. Dismissed as Moot |
| | | 1. Motion for Admission of John E. Stephenson, Jr. *Pro Hac Vice* | 1. Allowed **01/14/13** |
| | | 2. Motion for Admission of Jeffrey J. Swart *Pro Hac Vice* | 2. Allowed **01/14/13** **Beasley, J., Recused** |
| 196P12-2 | State v. Allan Comeaux | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1289) | Denied |
| 243PA12 | The North Carolina Farm Bureau Mutual Insurance Company v. Cully's Motorcross Park, Inc. and Laurie Volpe | Plt's Motion for Leave to File New Reply Brief | Allowed **03/26/13** |
| 249P11-3 | State v. Bobby R. Grady | Def's *Pro Se* PWC to Review Order of Superior Court of Wayne County | Denied **03/15/13** |
| 328A11 | State v. Tony Savalis Summers | Attorney Jonathan Broun's Motion to Withdraw and Authorize the OAD to Appoint Substitute Counsel | Allowed **03/20/13** |
| 329P10-2 | State v. Ralph Wilson | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Iredell County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |